UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Todd D Hornseth | CASE NO. 09-47993 |
| Mary Ellen Sullivan Hornseth | ORDER |
| Debtor(s). | |

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc., its successors and/or assigns through its servicing agent BAC Home Loans Servicing, LP (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated December 15, 2004, executed by Todd D Hornseth and Mary Ellen Sullivan Hornseth, Husband and Wife, recorded on January 13, 2005, as Document No. A 942957, covering real estate located in Wright County, Minnesota, legally described as follows, to wit:

    Lot 3, Block 1, Parkside at Meadow Oak, Wright County, Minnesota.
    And commonly known as 9211 Oak Ridge Drive, Monticello, Minnesota

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: January 21, 2010

/e/ Nancy C. Dreher
ChiefJudge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/21/2010*
Lori Vosejpka, Clerk, by KK